UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,         )
                                  ) CASE NO. MJ 13-409
    Plaintiff,                    )
                                  )
    v.                            )
                                  ) DETENTION ORDER
JONATHAN GREEN,                   )
                                  )
    Defendant.                    )
_____)

<u>Offense charged</u>:    Receipt and Distribution of Child Pornography; Possession of Child Pornograph

<u>Date of Detention Hearing</u>:    August 22, 2013.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The Complaint charges defendant with possessing and distributing numerous images and videos of child pornography including toddlers and infants. Defendant has resided with his grandmother for most of his life. At the time of the execution of the related search warrant, the home was occupied by 14 family members, including four children ages 7 to 3.5 weeks old. The case agent described the house as "squalor". The Court was advised that the children were initially taken into CPS custody, then returned to the parents, and will not be returning to the home. At the time of arrest, defendant volunteered the information that his niece would probably say that he touched her improperly, but that she was not telling the truth, and that she would also say she was touched by another family member.

2. Defendant reported that he had recently purchased a hunting rifle, and there are other firearms in the home. Defendant's past criminal record includes a failure to appear for arraignment in 2011 for a recreational fishing offense.

3. Defendant poses a risk of nonappearance due to history of failing to appear and recent controlled substance use. He poses a risk of danger due to the nature of the instant offense, possession of a firearm and other firearms in the home, and questions raised about the safety of the young children in the home.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3